FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0591

JACOB SMITH,

  Petitioner and Appellant,

 v.

STATE OF MONTANA,

  Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 23, 2020, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2020